UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN PAUL FRANK SCHOWACHERT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KELLEY SANTORO, et al.,**<br><br>**Defendants.** | **CASE NO. 1:21-cv-01104-AWI-EPG (PC)**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION AS DUPLICATIVE, AND DENYING IN FORMA PAUPERIS MOTION**<br><br>(Doc. No. 7) |

Plaintiff John Paul Frank Schowachert is proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

On July 21, 2021, Plaintiff filed the complaint commencing this action along with a motion to proceed in forma pauperis. Doc. Nos. 1 & 2. On July 22, 2021, the assigned magistrate judge entered findings and recommendations, recommending that this action be dismissed as duplicative of Schowachert v. Santoro, Case No. 1:21-cv-00947-GSA, and Schowachert v. Sorano, Case No. 1:21-cv-00975-HBK, and that the motion to proceed in forma pauperis be denied as moot. Doc. No. 7. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days from the date of service. Id. at 4. To date, no objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 7) entered on July 22, 2021, are ADOPTED in full;

2. This action is DISMISSED as duplicative of Schowachert v. Santoro, Case No. 1:21-cv-00947-GSA, and Schowachert v. Sorano, Case No. 1:21-cv-00975-HBK;

3. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is DENIED as moot; and

4. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   August 30, 2021

SENIOR DISTRICT JUDGE